UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY KEYHEA, | ) | Case No. EDCV 13-518 BRO(JC) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: August 30, 2013

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE